# UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:                                       CASE NUMBER: 12-12569
                                                        **SECTION** B

    ROBINSON, BRADEN PAUL
    ROBINSON, MICHELLE THIBODAUX

**DEBTOR (S)**                                          **CHAPTER 7**

## INTERIM REPORT OF TRUSTEE

(1) <u>ACTION TO BE TAKEN TO CONCLUDE ADMINISTRATION OF THE ESTATE</u>

    Pending: Adversary case 14-01043. Complaint by Aaron E Caillouet against Braden Paul Robinson, Michelle Thibodaux Robinson, R.C. Property Investments, LLC, Michelle Robinson (as Trustee of the Braden and Michelle Robinson Children's Trust).

(2) <u>TOTAL FUNDS DEPOSITED INTO THE TRUSTEE'S BANK ACCOUNT</u>

    Total receipts   $0.00
    Total disbursements   $0.00
        Checking Account Balance   $0.00
        Money Market Balance       $0.00

(3) <u>EXPECTED DATE OF FILING A TRUSTEE'S FINAL REPORT</u>

    12/31/15

                                                               /s/ *Aaron Caillouet*
                                                         Aaron Caillouet
                                                         526 Green Street
                                                         Thibodaux, LA  70301
                                                         985-446-1284

Date: February 2, 2015